UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2125-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONALD SNYDER | ) | |
| | ) | |

This matter is before the court on respondent's 23 March 2012 motion for a status conference. Respondent has requested the status conference because it "may be helpful in moving [respondent's conditional release] along." (Mot., DE # 84, at 1.)

Pursuant to 18 U.S.C. § 4247(h), a respondent may ask the court for a hearing on a request for discharge at any time 180 days after the court denied his last request. Respondent's most recent hearing in this case occurred on 12 March 2012, at which time the court found that respondent continues to meet the criteria for commitment pursuant to 18 U.S.C. § 4246. (See DE # 83.) Because 180 days have not passed since respondent's last hearing, the motion for a status conference is DENIED.

This 27 March 2012.

_____
W. Earl Britt
Senior U.S. District Judge